**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

GLOBAL BRAND HOLDINGS, LLC,

              Plaintiff,

- against -

CHURCH & DWIGHT CO., INC.,

              Defendant.

------------------------------------------------------------- x

Civil Action No. 1:17-cv-06571

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Louis S. Ederer hereby appears on behalf of plaintiff Global Brand Holdings, LLC, certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated: New York, New York
       August 29, 2017

ARNOLD & PORTER KAYE SCHOLER LLP

By:   /s/ Louis S. Ederer
       Louis S. Ederer
       louis.ederer@apks.com
       250 West 55th Street
       New York, New York 10019-9710
       Phone (212) 836.8000
       Fax (212) 836.8689

*Attorneys for Plaintiff
Church & Dwight Co., Inc.*