**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

GLOBAL BRAND HOLDINGS, LLC,

            Plaintiff,

- against -

CHURCH & DWIGHT CO., INC.,

            Defendant.

------------------------------------------------------------ x

Civil Action No. 1:17-cv-06571

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Maxwell C. Preston hereby appears on behalf of plaintiff Global Brand Holdings, LLC, certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated: New York, New York
       August 29, 2017

ARNOLD & PORTER KAYE SCHOLER LLP

By:   */s/ Maxwell C. Preston*
      Maxwell C. Preston
      maxwell.preston@apks.com
      250 West 55th Street
      New York, New York 10019-9710
      Phone (212) 836.8000
      Fax (212) 836.8689

      *Attorneys for Plaintiff*
      *Global Brand Holdings, LLC*