UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

GLOBAL BRAND HOLDINGS, LLC,

                                   :

                                   :

                    Plaintiff(s),  :        17 __ Civ. 06571 (KBF)

                                   :

            -v-                    :

CHURCH & DWIGHT CO., INC.,         :        SCHEDULING ORDER

                                   :

                    Defendant(s).  :

------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1.  All parties [**do** ☐ / **do not** ☑] consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2.  Amended pleadings may not be filed, and no party may be joined, without leave of Court more than 10 days after the filing of this Order or the filing of a responsive pleading, whichever occurs first.

3.  Close of fact discovery: April 13, 2018 _____. **[within 6 months unless the case is particularly complex]**

    *Initial Reports: April 27, 2018*
4.  Close of expert discovery: June 15, 2018 _____. **[25 days after the close of**
    *Rebuttal: may 25, 2018*     **fact discovery for all but the most complex cases; for particularly complex cases, 60 days after the close of fact discovery; the parties are to negotiate interim dates regarding expert witnesses]**

    The parties contemplate experts in this matter for the following subject(s):
    Likelihood of confusion and dilution; disgorgable profits and damages; _____.
    secondary meaning/fame, and third party uses of the term XOXO

5.  **[For F.L.S.A. actions only]** Plaintiff(s) [**do** ☐ / **do not** ☐] anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b). Plaintiff(s) shall include a proposed notice with the opening brief.

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

Section 216(b) proposed briefing schedule:

Opening: _____ [30 days after initial conference]

Opp'n: _____ [21 days after opening brief]

Reply: _____ [7 days after opposition brief]

6. Motions may be brought at any time.  The last opportunity to file any motion (other than in limine and Daubert motions) are set forth below.

Proposed briefing schedule:

Opening: June 29, 2018 [no later than 14 days following item 3]

Opp'n: July 20, 2018 [generally 21 days after opening brief]

Reply: July 27, 2018 [generally 7 days after opposition brief]

7. Trial [will ☐ / will not ☒ ] be before a jury.[2]

**DO NOT FILL IN BELOW.  THE COURT WILL SET ITEMS 8-11.**

8. The next status conference is set for 1/26/18 at 11:30 am (telephone)

9. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due:

_____ .

10. The Final Pretrial Conference ("FPTC") is set for _____ at _____ .

Motions in limine are due two weeks before FPTC; oppositions are due one week later.  Daubert motions are due four weeks before FPTC; oppositions are due two weeks later.  (No replies.)[3]

11. Trial in this matter shall commence on 9/12/18 .  Trial is anticipated to take 1 [days / ~~weeks~~].

**Settlement discussions must occur in parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).**

SO ORDERED.

Dated: New York, New York

10/18 , 2017

_KB Forrest_

KATHERINE B. FORREST

United States District Judge

[2] Checking this box does not constitute a formal jury demand under Fed. R. Civ. P. 38(b).  It serves a purely administrative function.

[3] Deadlines for motions in limine and Daubert motions are generalized and subject to change.  The parties may request to modify the schedule if desired.