# **<u>EXHIBIT A</u>**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**  Reg. No. 2,009,243
Registered Oct. 22, 1996

## TRADEMARK
PRINCIPAL REGISTER

### XOXO

LOLA, INC. (CALIFORNIA CORPORATION)
2110 S. GRAND AV
LOS ANGELES, CA 90007

FOR: CLOTHING, NAMELY, MEN'S, WOMEN'S AND CHILDREN'S SHIRTS, SHORTS, PANTS, JACKETS, T-SHIRTS, SWEATSHIRTS, HATS, SOCKS, SWEATERS AND SWIMWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-1-1991; IN COMMERCE 4-1-1991.

SER. NO. 74-197,633, FILED 8-23-1991.

JILL C. ALT, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 2,102,098

Registered Sep. 30, 1997

## TRADEMARK
### PRINCIPAL REGISTER

### XOXO

LOLA, INC. (CALIFORNIA CORPORATION)
4519 EVERETT AVENUE
VERNON, CA 90058

FOR: LUGGAGE, HANDBAGS, PURSES ALL MADE FROM LEATHER, IMITATIONS OF LEATHER AND OTHER METERIAL, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-1-1996; IN COMMERCE 12-1-1996.

SN 75-045,299, FILED 1-18-1996.

CATHERINE KAISER KREBS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,269,840
Registered Aug. 10, 1999

**TRADEMARK**
PRINCIPAL REGISTER

**XOXO**

LOLA, INC. (CALIFORNIA CORPORATION)
6000 SHEILA STREET
COMMERCE, CA 90040

FOR: EYEGLASSES AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-1-1998; IN COMMERCE 5-1-1998.
OWNER OF U.S. REG. NO. 2,102,098.

SN 75-415,297, FILED 1-8-1998.

KIMBERLY PERRY, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,320,710

Registered Feb. 22, 2000

**TRADEMARK**
PRINCIPAL REGISTER

**XOXO JEANS**

LOLA, INC (CALIFORNIA CORPORATION)
6000 SHEILA STREET
COMMERCE, CA 90040

FOR: WOMEN'S, AND CHILDREN'S CLOTHING, NAMELY JEANS, DRESSES, SKIRTS, SHORTS, JACKETS, SHIRTS, PANTS, BLOUSES, VESTS, BLAZERS, JEANS, OVERALLS, SWEATSHIRTS, SWEATPANTS, TANK-TOPS, TEE-SHIRTS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-1-1996; IN COMMERCE 7-1-1996.
OWNER OF U.S. REG. NOS. 2,009,243, 2,043,508, AND 2,102,098.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JEANS", APART FROM THE MARK AS SHOWN.

SER. NO. 75-547,333, FILED 9-3-1998.

STEVEN PEREZ, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,370,004
Registered July 25, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

## XOXO

LOLA, INC. (CALIFORNIA CORPORATION)
6000 SHEILA STREET
COMMERCE, CA 90040

FOR: RETAIL CLOTHING STORE SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).
FIRST USE 9-25-1996; IN COMMERCE 11-1-1996.

OWNER OF U.S. REG. NOS. 2,009,243, 2,043,508, AND 2,102,098.

SER. NO. 75-547,330, FILED 9-3-1998.

MICHAEL BAIRD, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,436,377
Registered Mar. 20, 2001

## TRADEMARK
## PRINCIPAL REGISTER

### XOXO

LOLA, INC. (CALIFORNIA CORPORATION)
6000 SHEILA STREET
COMMERCE, CA 90040

FOR: WOMEN'S AND CHILDREN'S SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1997; IN COMMERCE 5-0-1997.

OWNER OF U.S. REG. NOS. 2,009,243 AND 2,043,508.

SER. NO. 75-729,629, FILED 6-15-1999.

MICHAEL BAIRD, EXAMINING ATTORNEY

Int. Cl.: **14**

Prior U.S. Cls.: **2, 27, 28 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,456,625**
Registered June 5, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## XOXO

XOXO CLOTHING CO., INC. (DELAWARE CORPORATION)
1411 BROADWAY
NEW YORK, NY 10018, BY MERGER; BY ASSIGNMENT LOLA, INC. (CALIFORNIA CORPORATION) COMMERCE, CA 90040

FOR: JEWELRY, WATCHES AND OTHER HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 2-1-1997; IN COMMERCE 2-1-1997.

OWNER OF U.S. REG. NOS. 2,009,243, 2,043,508, AND 2,102,098.

SER. NO. 75-547,331, FILED 9-3-1998.

MICHAEL BAIRD, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,556,155
Registered Apr. 2, 2002

## TRADEMARK
## PRINCIPAL REGISTER

## FRAGILE BY XOXO

ARIS INDUSTRIES, INC. (NEW YORK CORPORATION)
463 SEVENTH AVENUE
4TH FOOR
NEW YORK, NY 10018

FOR: EYEGLASSES AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-31-1999; IN COMMERCE 1-31-1999.

OWNER OF U.S. REG. NO. 2,269,840.

SER. NO. 78-054,044, FILED 3-20-2001.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 2,960,690
Registered June 7, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## XOXO

GLOBAL BRAND HOLDINGS, LLC (NEW YORK LTD LIAB CO)
1407 BROADWAY
NEW YORK, NY 10018

FOR: PERFUME, TOILETRIES AND COSMETICS, NAMELY, LIPSTICK, EYELINER, MASCARA AND NAIL POLISH, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 12-1-2004; IN COMMERCE 12-1-2004.

SN 78-095,458, FILED 11-28-2001.

NORA BUCHANAN WILL, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32, and 50

**United States Patent and Trademark Office**

Reg. No. 3,234,559
Registered Apr. 24, 2007

TRADEMARK
PRINCIPAL REGISTER

# XOXO

GLOBAL BRAND HOLDINGS, LLC (NEW YORK LTD LIAB CO)
1407 BROADWAY
NEW YORK, NY 10018

FOR: BEDDING FURNITURE AND PILLOWS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 7-0-2005; IN COMMERCE 7-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-530,059, FILED 12-9-2004.

RICHARD A. STRASER, EXAMINING ATTORNEY

Int. Cls.: **25 and 26**

Prior U.S. Cls.: **22, 37, 39, 40, 42, and 50**

**United States Patent and Trademark Office**

Reg. No. **3,455,799**
Registered June 24, 2008

TRADEMARK
PRINCIPAL REGISTER

# XOXO

GLOBAL BRAND HOLDINGS, LLC (NEW YORK LIMITED LIABILITY CORPORATION)
1407 BROADWAY
NEW YORK, NY 10018

FOR: CLOTHING FOR HUMANS IN THE NATURE OF BABY DOLL PAJAMAS, BRAS, BOXER SHORTS, CAMISOLES, CHEMISES, DRESSES, HEADBANDS, LINGERIE, LOUNGEWEAR, PAJAMAS, PANTIES, SHORTS AND BRIEFS BEING UNDERWEAR, ROBES, SKIRTS, SLEEPWEAR AND TANK TOPS; HEADBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-16-2005; IN COMMERCE 2-16-2005.

FOR: HAIR ACCESSORIES, NAMELY, BARRETTES, BOBBY PINS, HAIR BANDS, HAIR SLIDES, HAIR STICKS, HAIR ORNAMENTS IN THE FORM OF COMBS, HAIR PINS, HAIR ORNAMENTS, HAIR WRAPS, PONYTAIL HOLDERS, SALON HAIR CLIPS, AND SNAP CLIPS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 11-5-2006; IN COMMERCE 11-5-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,009,243, 2,436,377, AND 2,960,690.

SN 78-947,585, FILED 8-8-2006.

BRENDAN REGAN, EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

United States Patent and Trademark Office

Reg. No. 3,555,477
Registered Dec. 30, 2008

## TRADEMARK
### PRINCIPAL REGISTER



GLOBAL BRAND HOLDINGS, LLC (NEW YORK LIMITED LIABILITY COMPANY)
1407 BROADWAY
NEW YORK, NY 10018

FOR: TEXTILE GOODS, NAMELY, COMFORTERS, DUVETS, QUILTS, OVEN MITTS, BED LINEN, BATH LINEN, PILLOW CASES, BED COVERS, BEDSPREADS, TABLE CLOTHS, TEXTILE NAPKINS, SHEETS, NAMELY, BED SHEETS, SHAMS, DUST RUFFLES, THROWS, COVERLETS, BED BLANKETS; WINDOW DRAPERIES AND ACCESSORIES, NAMELY, CURTAINS, DRAPES, TOWELS, WASH CLOTHS AND SHOWER CURTAINS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 6-29-2005; IN COMMERCE 6-29-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-977,526, FILED 11-12-2004.

EUGENIA MARTIN, EXAMINING ATTORNEY



| | |
|---|---|
| **Reg. No. 4,451,971** | GLOBAL BRAND HOLDINGS, LLC (NEW YORK LIMITED LIABILITY COMPANY)<br>1407 BROADWAY |
| **Registered Dec. 17, 2013** | NEW YORK, NY 10018 |
| **Int. Cl.: 3** | FOR: FRAGRANCES, PERFUMES, EAU DE TOILETTE, BODY LOTION, BODY CREAM, BODY WASH AND SHOWER GEL, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52). |
| **TRADEMARK** | FIRST USE 1-11-2012; IN COMMERCE 1-11-2012. |
| **PRINCIPAL REGISTER** | OWNER OF U.S. REG. NOS. 2,009,243, 2,960,690, AND OTHERS. |

THE MARK CONSISTS OF THE WORDS "MI AMORE" IN STYLIZED SCRIPT, WRITTEN ATOP THE LETTERS "XOXO".

THE ENGLISH TRANSLATION OF "MI AMORE" IN THE MARK IS "MY LOVE".

SN 85-588,448, FILED 4-4-2012.

LAURIE KAUFMAN, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office