# **EXHIBIT C**

# United States of America
## United States Patent and Trademark Office

# XOXO

**Reg. No. 5,242,035**  CHURCH & DWIGHT CO., INC. (DELAWARE CORPORATION)
500 Charles Ewing Boulevard
**Registered Jul. 11, 2017**  Ewing, NJ 08628

**Int. Cl.: 10**  CLASS 10: Condoms

**Trademark**  FIRST USE 2-17-2017; IN COMMERCE 2-17-2017

**Principal Register**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-687,220, FILED 07-08-2015
SANI PHILIPPE KHOURI, EXAMINING ATTORNEY



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office