```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  GLOBAL BRAND HOLDINGS, LLC,                                 :
                                                              :
                               Plaintiff,                     :
                                                              :
                  -v-                                         :     17-cv-6571 (KBF)
                                                              :
  CHURCH & DWIGHT CO., INC.,                                  :         ORDER
                                                              :
                               Defendant.                     :
                                                              :
------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 30, 2017
```

KATHERINE B. FORREST, District Judge:

The Court is in receipt of plaintiff's first amended complaint dated October 25, 2017. (ECF No. 26.) As a result of the amended complaint, defendant's partial motion to dismiss at ECF No. 16 is moot, and is therefore DENIED on that basis.

The Court additionally notes that the amended complaint at ECF No. 26 does not substantially change the original allegations or causes of action in this matter. Accordingly, it appears likely that defendant will choose to resubmit a motion to dismiss that is substantially similar, if not exactly the same. Accordingly, the Court hereby ORDERS the following:

1. Defendant shall submit any revised motion to dismiss not later than **Friday, November 3, 2017**.

2. Plaintiff's opposition shall be filed not later than **Wednesday, November 8, 2017**.

3. Defendant's reply shall be filed not later than **Monday, November 13, 2017**.

4. The Court will hear oral argument on defendant's revised motion to dismiss at the previously scheduled time—**Thursday, November 16, 2017 at 3:00 p.m.**

If either party believes that the schedule as set forth above is unfeasible, or that a substantial change to the original motion to dismiss is required, it shall inform the Court not later than **Thursday, November 2, 2017**.

The Clerk of Court is directed to terminate the open motion at ECF No. 16.

SO ORDERED.

Dated:      New York, New York
            October 30, 2017

_____
KATHERINE B. FORREST
United States District Judge