UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X
GLOBAL BRAND HOLDINGS, LLC,      :
                                               :  No. 1:17-cv-06571-KBF
               Plaintiff,    :
                                               :
            v.       :  **NOTICE OF MOTION**
                                               :
CHURCH & DWIGHT CO., INC.,       :
                                               :
               Defendant.    :
                                               :
---------------------------------- X

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and the Declaration of Lee M. Popkin dated November 6, 2017, with exhibits, defendant Church & Dwight Co., Inc., by and through its attorneys, will move this Court, before the Honorable Katherine B. Forrest, at the United States District Courthouse, Courtroom 23B, 500 Pearl Street, New York, New York, 10007, at three o'clock in the afternoon on Thursday, November 16, 2017 as previously determined by the Court [Dkt. 31], for an Order dismissing the trademark dilution claims of Global Brand Holdings, LLC with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) and granting such other and further relief as the Court may deem just and proper.

Dated: November 6, 2017                            Respectfully submitted,

                                                             By:  */s/ Brendan J. O'Rourke*
                                                               Brendan J. O'Rourke
                                                               Lee M. Popkin
                                                               Tiffany M. Woo
                                                               PROSKAUER ROSE LLP
                                                               Eleven Times Square
                                                               New York, NY 10036-8299
                                                               Tel.: (212) 969-3000
                                                               borourke@proskauer.com

                                                               *Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I, LEE M. POPKIN, an attorney admitted in the United States District Court for the Southern District of New York for this matter, hereby certify that on November 6, 2017, I caused a true and correct copy of Defendant's Notice of Motion to Dismiss Plaintiff's Trademark Dilution Claims, Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Trademark Dilution Claims, and Declaration of Lee M. Popkin dated November 6, 2017 in support thereof (with exhibit), to be served via ECF upon counsel of record for Plaintiff.

Dated: New York, New York
November 6, 2017

By: */s/ Lee M. Popkin*
Lee M. Popkin
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York  10036
Tel: (212) 969-3000
Fax: (212) 969-2900
lpopkin@proskauer.com

*Attorney for Defendant*