# **Exhibit C**

# KELLWOOD

ABOUT US | RETAIL PARTNERS | CAREERS | CONTACT US

OVERVIEW | MISSION | SERVICES | **LOCATIONS** | EXECUTIVE TEAM

## OUR LOCATIONS

### NEW YORK

New York is the home office for Kellwood Company where the Executive Team is based. Here is where the corporate offices of our Brands and Labels reside along with our East Coast showrooms, Sales, Marketing and Design teams. Additionally, Kellwood HR, Corporate Services and the E-Commerce team that directs our brands' e-tail venues are located here.

### ST. LOUIS

The St. Louis office houses the Finance, Accounting, Legal and IT teams.

### KELLWOOD WESTERN REGION

Located in the City of Industry near Los Angeles, Kellwood Western Region houses a state-of-the-art pattern and sample making room enabling our brands to deliver of-the-moment styles to our retail partners. Here also resides West Coast showrooms, Sales and Design teams along with Product Development and Shipping.




©2016 Kellwood Company. All rights reserved.   Privacy   Careers