# Arnold & Porter

Louis S. Ederer
+1 212.836.8144 Direct
Louis.Ederer@arnoldporter.com

March 15, 2018

**VIA ECF & E-MAIL**
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007-1312

Re:   *Global Brand Holdings, LLC v. Church & Dwight Co., Inc.*, Case No. 17-cv-6571

Dear Judge Forrest:

We respectfully submit this joint letter application in the above action on behalf of both Plaintiff and Defendant. The parties hereby request a brief extension of the fact discovery and expert phases of the Scheduling Order (Dkt. No. 23).

The parties have been working diligently to complete fact discovery by the current close date of April 13, 2018. However, as the Court is aware, the parties have had some issues with respect to the scope of document discovery, and there are additional productions still to be made. The requested extension period will give the parties the ability to resolve as many of their disputes as possible, in order to avoid further burdening the Court; to complete their respective document productions; and to conduct a number of party and third party depositions which they are in the process of scheduling. In short, the proposed extension will allow the parties to complete all fact discovery in good order by the extended date of April 30, 2018, and then proceed to the remaining phases of the case.

The dates contained in the existing Scheduling Order, and the proposed extended dates, are set forth below. The motion phase and trial dates remain the same:

| Event | Existing Date | Proposed Date |
| --- | --- | --- |
| Close of Fact Discovery | April 13, 2018 | April 30, 2018 |
| Initial Expert Reports | April 27, 2018 | May 14, 2018 |
| Rebuttal Expert Reports | May 25, 2018 | June 11, 2018 |
| Close of Expert Discovery | June 15, 2018 | June 29, 2018 |
| Motions: | | |
| Opening: | June 29, 2018 | June 29, 2018 |
| Opposition: | July 20, 2018 | July 20, 2018 |
| Reply: | July 27, 2018 | July 27, 2018 |
| Trial: | September 12, 2018 | September 12, 2018 |

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com

So ordered
[signature]
3/16/18

Hon. Katherine B. Forrest
March 15, 2018
Page 2

    The parties have not made any prior requests for an adjournment or extension of the Scheduling Order.

    We thank the Court for its consideration.

Respectfully submitted,

ARNOLD & PORTER

By: _Louis S. Ederer_
Louis S. Ederer

cc:    Brendan J. O'Rourke, Esq.
       Proskauer Rose LLP