UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL BRAND HOLDINGS, LLC,

    Plaintiff,

v.

CHURCH & DWIGHT CO., INC.,

    Defendant.

---

No. 1:17-cv-06571-KBF

**DECLARATION OF DAVID J. SCHUMAN**

I, David J. Schuman, declare as follows:

1. I am submitting this declaration in response to the Court's April 4, 2018 Order (Dkt. 76). Following receipt of the Order, on April 4, I requested that my primary care doctor and my neurosurgeon provide letters explaining my medical conditions to the Court. A letter from my primary care doctor is attached as Exhibit A. My neurosurgeon is currently out of town and I have not been able to obtain a letter from him.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 6th day of April, 2018, in Watchung, New Jersey.

*[signature]*
David J. Schuman