```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
GLOBAL BRAND HOLDINGS, LLC,                                        :
                                                                   :
                              Plaintiff,                           :
                                                                   :
              -v-                                                  :     17-cv-6571 (KBF)
                                                                   :
CHURCH & DWIGHT CO., INC.,                                         :     ORDER
                                                                   :
                              Defendant.                           :
                                                                   :
------------------------------------------------------------------ X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: May 2, 2018

KATHERINE B. FORREST, District Judge:

The Court recognizes that its delay in resolving two discovery disputes in this matter has necessitated certain adjustments to the current schedule. As such, the Court hereby modifies the schedule at ECF No. 68 as follows:

- Fact discovery related <u>solely</u> to matters directly arising from the two discovery disputes referenced above must be completed not later than **May 15, 2018**. All other fact discovery is hereby CLOSED.

- Expert reports shall be exchanged according to the following schedule:
    - Initial expert reports not later than **May 21, 2018**; and
    - Rebuttal expert reports not later than **June 18, 2018**.

- Expert discovery closes on **July 9, 2018**.

- Dispositive motions shall be briefed according to the following schedule:
    - Opening motions not later than **July 9, 2018**;
    - Oppositions not later than **July 27, 2018**; and
    - Replies not later than **August 3, 2018**.

- Trial shall commence on **Wednesday, September 12, 2018** as currently scheduled.

The parties are hereby notified that September 12, 2018 is a <u>hard</u> trial date, and that the Court will not adjourn the trial date for purposes of settlement discussions. All settlement discussions must occur in parallel with the schedule laid out herein. The Court will set dates for pretrial materials and conferences as the trial date approaches.

SO ORDERED.

Dated: New York, New York
May 2, 2018

_____
KATHERINE B. FORREST
United States District Judge