```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
   GLOBAL BRAND HOLDINGS, LLC,                                     :
                                                                   :
                              Plaintiff,                           :
                                                                   :
                  -v-                                              :      17-cv-6571 (KBF)
                                                                   :
   CHURCH & DWIGHT CO., INC.,                                      :      ORDER
                                                                   :
                              Defendant.                           :
                                                                   :
------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 4, 2018

KATHERINE B. FORREST, District Judge:

The Court held a telephonic status conference in this matter on Wednesday, May 2, 2018. As discussed during that status conference, the Court hereby modifies the schedule in this matter as follows:

- All <u>Daubert</u> motions must be fully briefed not later than **Friday, September 14, 2018**. The parties are directed to count backwards from that date in accordance with the Court's Individual Rules for interim deadlines.

- Trial shall commence on **Monday, October 1, 2018**.

The Court will set additional deadlines for submission of pretrial materials as the trial date approaches.

SO ORDERED.

Dated:   New York, New York
         May 4, 2018

                                           _____
                                           KATHERINE B. FORREST
                                           United States District Judge